IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLAUD E. BODDIE, JR. and BEVERLY BODDIE                    PLAINTIFFS

VS.                                       CAUSE NO: 4:16-CV-209-MPM-JMV

CEDRIC WALKER, MARY HAYWOOD and
STATE FARM INSURANCE COMPANY                               DEFENDANTS

## ORDER

Following consultation with Magistrate Judge Virden regarding jurisdictional concerns which have arisen in this case, including new positions taken by defendant State Farm regarding the issue of misjoinder, this court has determined that the trial in this matter must be continued until a date to be determined later. It appears, based upon representation from counsel, that the entry of a new pretrial order will be necessary in this case, and this court requests that Judge Virden work with the parties to prepare such an order.

SO ORDERED, this the 11th day of May, 2018.

/s/ Michael P. Mills
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI